UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

MARLIN WILLIAMSON )
)
)
)
v. ) NO. 1:14-0101
) JUDGE HAYNES
)
JOHN BAXTER, ET AL )
)

<u>ENTRY OF JUDGMENT</u>

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/14/2014.

    KEITH THROCKMORTON, CLERK
    <u>s/Elaine J. Hawkins, Deputy Clerk</u>