# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 24, 2015

Mr. Keith Throckmorton
Middle District of Tennessee at Columbia
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

      Re:  Case No. 14-6109, *Marlin Williamson v. John Baxter, et al*
            Originating Case No. : 1:14-cv-00101

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Linda M. Niesen
                                    Case Manager
                                    Direct Dial No. 513-564-7038

cc:  Marlin Williamson

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-6109

_____

Filed: March 24, 2015

MARLIN WILLIAMSON

    Plaintiff - Appellant

v.

JOHN BAXTER, Medical Director; WENDY ASHE; ROBERT COBLE, Medical Doctor; F/N/U BERRY, Nurse Practitioner; F/N/U ORTON, Nurse; F/N/U PETTY, Nurse

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 03/02/2015 the mandate for this case hereby issues today.

COSTS: None