UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MARLIN WILLIAMSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1-14-0101 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| JOHN BAXTER, et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 63) to grant Defendant John Baxter's motion to dismiss (Docket Entry No. 51). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant John Baxter's motion to dismiss (Docket Entry No. 51) is **GRANTED**. Plaintiff's claims against this Defendant are **DISMISSED with prejudice.**

It is so **ORDERED**.

ENTERED this the 13th day of October, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge