UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MARLIN WILLIAMSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | No. 1-14-0101 |
| v. | ) | Senior Judge Haynes |
|  | ) |  |
| JOHN BAXTER, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 81) to dismiss Defendant Wendy Ashe for Plaintiff's failure to file with the Court a written explanation showing cause for his failure to serve Defendant Wendy Ashe within 120 days after the filing of the Complaint pursuant to Fed. R. Civ. P. 4(m). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Plaintiff's claims against Defendant Wendy Ashe are **DISMISSED without prejudice.**

It is so **ORDERED.**

ENTERED this the 28th day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge